UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| CESAR VARGAS RENDON,<br><br>Petitioner,<br><br>v.<br><br>RUBEN LEYVA, et al.,<br><br>Respondents. | **Interim Order for Bond Hearing and Status Report**<br><br>Case No. 1:26-cv-00153-DBB-PK<br>Judge David Barlow |

The parties stipulate that the government has scheduled an immigration bail hearing for Mr. Vargas on September 9, 2026, at 10 a.m. in Salt Lake City, and Respondents shall not move Mr. Vargas outside of the Salt Lake Region (including Sweetwater and Uinta County, Wyoming) before that hearing. Based on the parties' stipulation, the Court ORDERS as follows:

1. Respondents are ordered to provide Petitioner with a bail hearing before an Immigration Judge on September 9, 2026.
2. Respondents are enjoined from transferring Petitioner outside of the District of Utah, Uinta County Jail in Wyoming, or Sweetwater County Jail in Wyoming until after the immigration bail hearing.
3. Petitioner is ordered to file a status report within 48 hours of the immigration hearing that explains the results of the hearing and includes a statement regarding whether any of the issues in the Petition (ECF No. 1) or Emergency Motion to Stay Transfer or Deportation (ECF No. 3) are mooted by the results of the hearing. The Court will hold the Petition

(ECF No. 1) and Emergency Motion to Stay Transfer or Deportation (ECF No. 3) in abeyance until after the immigration bail hearing takes place.

DATED this 4th day of September 2026.

BY THE COURT:

David Barlow
United States District Court